IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE:
AUTOMOTIVE PARTS ANTITRUS LITIGATION             CASE NO. 4:17-MC-00003-JM

**ORDER**

Pursuant to Orders entered on September 21, 2018, the Motion to Quash and Motion to Stay were withdrawn. This action is therefore dismissed.

IT IS SO ORDERED this 11th day of March, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE